Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-12-00250-CR
No. 04-12-00255-CR

Paul Kevin **HALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2010-CR-10669 & 2010-CR-1-668
Honorable Angus McGinty, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
           Phylis J. Speedlin, Justice
           Rebecca Simmons, Justice

Delivered and Filed:  June 20, 2012

DISMISSED

In accordance with his plea bargain agreements, defendant, Paul Hall, was convicted of robbery.  The trial court signed certifications of defendant's right to appeal stating this "is a plea-bargain case, and the defendant has NO right of appeal."  *See* TEX. R. APP. P. 25.2(a)(2).  Rule 25.2(d) provides, "The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."  TEX. R. APP. P. 25.2(d).  Accordingly, on June 4, 2012, this court issued an order stating these appeals would be

dismissed pursuant to Rule 25.2(d) unless amended trial court certifications that show defendant has the right of appeal were made part of the appellate record. *See Daniels v. State*,110 S.W.3d 174 (Tex. App.—San Antonio 2003, order); TEX. R. APP. P. 25.2(d); 37.1.

On June 11, 2012, defendant's appellate counsel filed a letter in each appeal stating "this court has no choice but to dismiss the appeal." In light of the record presented, we agree with defendant's counsel that Rule 25.2(d) requires this court to dismiss these appeals. Accordingly, these appeals are dismissed.

PER CURIAM

Do not publish